FILED IN CHAMBERS
U.S.D.C. - Atlanta
DEC 03 2019
James N. Hatten, Clerk
By: AMCarr Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JORGE MATURANO-MARIN,

    Movant

v.

UNITED STATES OF AMERICA,

    Respondent

CRIMINAL ACTION FILE NO.
1:15-CR-165-1-ODE-LTW

CIVIL ACTION FILE NO.
1:19-CV-714-ODE-LTW

## ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Linda T. Walker filed June 28, 2019 ("R&R") [Doc. 169]. No objections have been filed.

After a thorough analysis, Judge Walker recommends that Movant's § 2255 motion be denied and that a certificate of appealability be denied. Specifically, the Magistrate Judge found that Movant's role in the offense was not "minor," and his counsel's failure to argue for a mitigating role adjustment was reasonable.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Movant's § 2255 motion [Doc. 164] is DENIED and a Certificate of Appealability is DENIED.

SO ORDERED, this __3__ day of December, 2019.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE